

| Team Member | Employer | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | | 08/02/2021 | 08/08/2021 | 08/13/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.27 | 985.13 | 121.37 | 142.23 | 5.77 | 715.76 |
| YTD | 1,297.64 | 33,173.26 | 3,883.84 | 5,262.01 | 234.11 | 23,793.30 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | | 0 | | 0 | 990.00 | OASDI | 53.56 | 1,816.08 |
| Disaster Recovery P | | | 0 | | 0 | 48.76 | Medicare | 12.53 | 424.73 |
| Group Term Life | 08/02/2021 - 08/08/2021 | 0 | 0 | 0.10 | 0 | 2.20 | Federal Withholding | 48.11 | 1,839.26 |
| Premium OT | | | 0 | | 0 | 15.00 | State Tax - PA | 26.52 | 899.21 |
| Holiday Closed | | | 0 | | 16 | 390.05 | SUI-Team Member Paid - PA | 0.51 | 19.39 |
| Overtime | 08/02/2021 - 08/08/2021 | 0.28 | 36.568 | 10.25 | 53.92 | 1,016.87 | City Tax - UDBLN | | 256.34 |
| Regular | 08/02/2021 - 08/08/2021 | 39.99 | 24.378 | 974.88 | 1243.72 | 30,135.16 | PA LST - UDBLN | 1.00 | 7.00 |
| Sick | | | 0 | | 24 | 577.42 | | | |
| Team Member Earnings | | | | 985.23 | | 33,175.46 | Team Member Taxes | 142.23 | 5,262.01 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plus | 14.33 | 458.56 | Apparel Purchase | | 49.47 |
| Med PPO 1500 | 105.81 | 3,385.92 | Supplemental ADD | 0.32 | 10.24 |
| Vision Basic | 1.23 | 39.36 | Supp Life Child | 0.65 | 20.80 |
| | | | Supp Life Spouse | 2.40 | 76.80 |
| | | | Supp Life TM | 2.40 | 76.80 |
| Pre Tax Deductions | 121.37 | 3,883.84 | Post Tax Deductions | 5.77 | 234.11 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.06 | 7.42 | OASDI - Taxable Wages | 863.86 | 29,291.62 |
| Co Provided STD | 3.49 | 24.43 | Medicare - Taxable Wages | 863.86 | 29,291.62 |
| Dental ER Paid | 7.57 | 52.99 | Federal Withholding - Taxable Wages | 863.76 | 29,290.92 |
| Medical ER Paid | 273.93 | 8,765.76 | State Tax Taxable Wages - PA | 863.76 | 29,289.52 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 131.46 | City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |
| Vision ER Paid | 1.11 | 7.77 | | | |
| Employer Paid Benefits | 305.94 | 8,989.83 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Used | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Paid Sick / Paid Leave | 0 | 0 | 29.442301 |
| Allowances | 0 | 0 | Vacation | 0.77 | 0 | 37.0316 |
| Additional Withholding | 10 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 715.76    USD |



| Team Member | Employer | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | | 08/09/2021 | 08/15/2021 | 08/20/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 39.42 | 1,456.61 | 121.37 | 294.98 | 5.77 | 1,034.49 |
| YTD | 1,337.06 | 34,629.87 | 4,005.21 | 5,556.99 | 239.88 | 24,827.79 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | 04/04/2021 - 07/04/2021 | 0 | 0 | 495.00 | 0 | 1,485.00 | OASDI | 82.79 | 1,898.87 |
| Disaster Recovery P | | | | 0 | | 48.76 | Medicare | 19.36 | 444.09 |
| Group Term Life | 08/09/2021 - 08/15/2021 | 0 | 0 | 0.10 | 0 | 2.30 | Federal Withholding | 150.03 | 1,989.29 |
| Premium OT | | | | 0 | 0 | 15.00 | State Tax - PA | 40.99 | 940.20 |
| Holiday Closed | | | | 0 | 16 | 390.05 | SUI-Team Member Paid - PA | 0.81 | 20.20 |
| Overtime | 06/21/2021 - 06/27/2021 | 0.2 | -12.19 | -2.44 | | | City Tax - UDBLN | | 256.34 |
| Overtime | 06/21/2021 - 06/27/2021 | 0.2 | 15.27 | 3.06 | 53.92 | 1,017.49 | PA LST - UDBLN | 1.00 | 8.00 |
| Regular | 08/09/2021 - 08/15/2021 | 39.42 | 24.378 | 960.99 | 1283.14 | 31,096.15 | | | |
| Sick | | | 0 | | 24 | 577.42 | | | |
| Team Member Earnings | | | | 1,456.71 | | 34,632.17 | Team Member Taxes | 294.98 | 5,556.99 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plus | 14.33 | 472.89 | Apparel Purchase | | 49.47 |
| Med PPO 1500 | 105.81 | 3,491.73 | Supplemental ADD | 0.32 | 10.56 |
| Vision Basic | 1.23 | 40.59 | Supp Life Child | 0.65 | 21.45 |
| | | | Supp Life Spouse | 2.40 | 79.20 |
| | | | Supp Life TM | 2.40 | 79.20 |
| Pre Tax Deductions | 121.37 | 4,005.21 | Post Tax Deductions | 5.77 | 239.88 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.06 | 8.48 | OASDI - Taxable Wages | 1,335.34 | 30,626.96 |
| Co Provided STD | 3.49 | 27.92 | Medicare - Taxable Wages | 1,335.34 | 30,626.96 |
| Dental ER Paid | 7.57 | 60.56 | Federal Withholding - Taxable Wages | 1,335.24 | 30,626.16 |
| Medical ER Paid | 273.93 | 9,039.69 | State Tax Taxable Wages - PA | 1,335.24 | 30,624.76 |
| Memo - Vacation Accrual (Accounting) | 18.53 | 149.99 | City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |
| Vision ER Paid | 1.11 | 8.88 | | | |
| Employer Paid Benefits | 305.69 | 9,295.52 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Used | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Paid Sick / Paid Leave | 0 | 0 | 29.442301 |
| Allowances | 0 | 0 | Vacation | 0.76 | 0 | 37.7916 |
| Additional Withholding | 10 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 1,034.49  USD |



| Team Member | Employer | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | | 08/16/2021 | 08/22/2021 | 08/27/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 26.31 | 1,039.97 | 121.37 | 154.69 | 5.77 | 758.14 |
| YTD | 1,363.37 | 35,669.84 | 4,126.58 | 5,711.68 | 245.65 | 25,585.93 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | | 0 | | 0 | 1,485.00 | OASDI | 56.96 | 1,955.83 |
| Disaster Recovery F | | | 0 | | 0 | 48.76 | Medicare | 13.32 | 457.41 |
| Group Term Life | 08/16/2021 - 08/22/2021 | 0 | 0 | 0.10 | 0 | 2.40 | Federal Withholding | 54.66 | 2,043.95 |
| Premium OT | | | 0 | | 0 | 15.00 | State Tax - PA | 28.20 | 968.40 |
| Holiday Closed | | | 0 | | 16 | 390.05 | SUI-Team Member Paid - PA | 0.55 | 20.75 |
| Overtime | 08/16/2021 - 08/22/2021 | 0 | 0 | 8.53 | 53.92 | 1,026.02 | City Tax - UDBLN | | 256.34 |
| Regular | 08/16/2021 - 08/22/2021 | 26.31 | 24.378 | 641.39 | 1309.45 | 31,737.54 | PA LST - UDBLN | 1.00 | 9.00 |
| Sick | | | 0 | | 24 | 577.42 | | | |
| Vacation | 08/16/2021 - 08/22/2021 | 16 | 24.378 | 390.05 | 16 | 390.05 | | | |
| Team Member Earnings | | | | 1,040.07 | | 35,672.24 | Team Member Taxes | 154.69 | 5,711.68 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plus | 14.33 | 487.22 | Apparel Purchase | | 49.47 |
| Med PPO 1500 | 105.81 | 3,597.54 | Supplemental ADD | 0.32 | 10.88 |
| Vision Basic | 1.23 | 41.82 | Supp Life Child | 0.65 | 22.10 |
| | | | Supp Life Spouse | 2.40 | 81.60 |
| | | | Supp Life TM | 2.40 | 81.60 |
| Pre Tax Deductions | 121.37 | 4,126.58 | Post Tax Deductions | 5.77 | 245.65 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.06 | 9.54 | OASDI - Taxable Wages | 918.70 | 31,545.66 |
| Co Provided STD | 3.49 | 31.41 | Medicare - Taxable Wages | 918.70 | 31,545.66 |
| Dental ER Paid | 7.57 | 68.13 | Federal Withholding - Taxable Wages | 918.60 | 31,544.76 |
| Medical ER Paid | 273.93 | 9,313.62 | State Tax Taxable Wages - PA | 918.60 | 31,543.36 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 168.77 | City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |
| Vision ER Paid | 1.11 | 9.99 | | | |
| Employer Paid Benefits | 305.94 | 9,601.46 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Used | Available |
| | | | Paid Sick / Paid Leave | 0 | 0 | 29.442301 |
| Allowances | 0 | 0 | Vacation | 0.77 | 16 | 22.5616 |
| Additional Withholding | 10 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 758.14    USD |



| Team Member | Employer | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | | 08/23/2021 | 08/29/2021 | 09/03/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 8.05 | 976.35 | 121.37 | 140.41 | 5.77 | 708.80 |
| YTD | 1,371.42 | 36,646.19 | 4,247.95 | 5,852.09 | 251.42 | 26,294.73 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | | 0 | | 0 | 1,485.00 | OASDI | 53.02 | 2,008.85 |
| Disaster Recovery F | | | 0 | | 0 | 48.76 | Medicare | 12.40 | 469.81 |
| Group Term Life | 08/23/2021 - 08/29/2021 | 0 | 0 | 0.10 | 0 | 2.50 | Federal Withholding | 47.23 | 2,091.18 |
| Premium OT | | | 0 | | 0 | 15.00 | State Tax - PA | 26.25 | 994.65 |
| Holiday Closed | | | 0 | | 16 | 390.05 | SUI-Team Member Paid - PA | 0.51 | 21.26 |
| Overtime | | | 0 | | 53.92 | 1,026.02 | City Tax - UDBLN | | 256.34 |
| Regular | 08/23/2021 - 08/29/2021 | 8.05 | 24.378 | 196.25 | 1317.5 | 31,933.79 | PA LST - UDBLN | 1.00 | 10.00 |
| Sick | 08/23/2021 - 08/29/2021 | 16 | 24.378 | 390.05 | 40 | 967.47 | | | |
| Vacation | 08/23/2021 - 08/29/2021 | 16 | 24.378 | 390.05 | 32 | 780.10 | | | |
| Team Member Earnings | | | | 976.45 | | 36,648.69 | Team Member Taxes | 140.41 | 5,852.09 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plus | 14.33 | 501.55 | Apparel Purchase | | 49.47 |
| Med PPO 1500 | 105.81 | 3,703.35 | Supplemental ADD | 0.32 | 11.20 |
| Vision Basic | 1.23 | 43.05 | Supp Life Child | 0.65 | 22.75 |
| | | | Supp Life Spouse | 2.40 | 84.00 |
| | | | Supp Life TM | 2.40 | 84.00 |
| Pre Tax Deductions | 121.37 | 4,247.95 | Post Tax Deductions | 5.77 | 251.42 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.06 | 10.60 | OASDI - Taxable Wages | 855.08 | 32,400.74 |
| Co Provided STD | 3.49 | 34.90 | Medicare - Taxable Wages | 855.08 | 32,400.74 |
| Dental ER Paid | 7.57 | 75.70 | Federal Withholding - Taxable Wages | 854.98 | 32,399.74 |
| Medical ER Paid | 273.93 | 9,587.55 | State Tax Taxable Wages - PA | 854.98 | 32,398.34 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 187.55 | City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |
| Vision ER Paid | 1.11 | 11.10 | | | |
| Employer Paid Benefits | 305.94 | 9,907.40 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Used | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Paid Sick / Paid Leave | 0 | 16 | 13.442301 |
| Allowances | 0 | 0 | Vacation | 0.77 | 16 | 7.3316 |
| Additional Withholding | 10 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 708.80 USD |



Sprouts Farmers Market (SFN)

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | 07/19/2021 | 07/25/2021 | 07/30/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.30 | 986.10 | 121.37 | 142.43 | 5.77 | 716.53 |
| YTD | 1,217.12 | 31,203.86 | 3,641.10 | 4,977.74 | 222.57 | 22,362.45 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Bonus-Store | | | 0 | | 0 | 990.00 | OASDI | 53.62 | 1,709.02 |
| Disaster Recovery | | | 0 | | 0 | 48.76 | Medicare | 12.54 | 399.69 |
| Group Term Life | 07/19/2021 - 07/25/2021 | 0 | 0 | 0.10 | 0 | 2.00 | Federal Withholding | 48.20 | 1,743.13 |
| Premium OT | | | 0 | | 0 | 15.00 | State Tax - PA | 26.55 | 846.20 |
| Holiday Closed | | | 0 | | 16 | 390.05 | SUI-Team Member Paid - PA | 0.52 | 18.36 |
| Overtime | 07/19/2021 - 07/25/2021 | 0.3 | 36.568 | 10.98 | 53.39 | 997.47 | City Tax - UDBLN | | 256.34 |
| Regular | 07/19/2021 - 07/25/2021 | 40 | 24.378 | 975.12 | 1163.73 | 28,185.16 | PA LST - UDBLN | 1.00 | 5.00 |
| Sick | | | 0 | | 24 | 577.42 | | | |
| Team Member Earnings | | | | 986.20 | | 31,205.86 | Team Member Taxes | 142.43 | 4,977.74 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plus | 14.33 | 429.90 | Apparel Purchase | | 49.47 |
| Med PPO 1500 | 105.81 | 3,174.30 | Supplemental ADD | 0.32 | 9.60 |
| Vision Basic | 1.23 | 36.90 | Supp Life Child | 0.65 | 19.50 |
| | | | Supp Life Spouse | 2.40 | 72.00 |
| | | | Supp Life TM | 2.40 | 72.00 |
| Pre Tax Deductions | 121.37 | 3,641.10 | Post Tax Deductions | 5.77 | 222.57 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.06 | 5.30 | OASDI - Taxable Wages | 864.83 | 27,564.76 |
| Co Provided STD | 3.49 | 17.45 | Medicare - Taxable Wages | 864.83 | 27,564.76 |
| Dental ER Paid | 7.57 | 37.85 | Federal Withholding - Taxable Wages | 864.73 | 27,564.26 |
| Medical ER Paid | 273.93 | 8,217.90 | State Tax Taxable Wages - PA | 864.73 | 27,562.86 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 93.90 | City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |
| Vision ER Paid | 1.11 | 5.55 | | | |
| Employer Paid Benefits | 305.94 | 8,377.95 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Used | Available |
| | | | Paid Sick / Paid Leave | 0 | 0 | 29.442301 |
| Allowances | 0 | 0 | Vacation | 0.77 | 0 | 35.4916 |
| Additional Withholding | 10 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 716.53    USD |



### Sprouts Farmers Market (SFN)

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | 07/12/2021 | 07/18/2021 | 07/23/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.37 | 988.66 | 121.37 | 143.01 | 5.77 | 718.51 |
| YTD | 1,176.82 | 30,217.76 | 3,519.73 | 4,835.31 | 216.80 | 21,645.92 |

#### Team Member Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus-Store | | | 0 | | 0 | 990.00 |
| Disaster Recovery P | | | 0 | | 0 | 48.76 |
| Group Term Life | 07/12/2021 - 07/18/2021 | 0 | 0 | 0.10 | 0 | 1.90 |
| Premium OT | | | 0 | | 0 | 15.00 |
| Holiday Closed | | | 0 | | 16 | 390.05 |
| Overtime | 07/12/2021 - 07/18/2021 | 0.37 | 36.568 | 13.54 | 53.09 | 986.49 |
| Regular | 07/12/2021 - 07/18/2021 | 40 | 24.378 | 975.12 | 1123.73 | 27,210.04 |
| Sick | | | 0 | | 24 | 577.42 |
| Team Member Earnings | | | | 988.76 | | 30,219.66 |

#### Team Member Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 53.78 | 1,655.40 |
| Medicare | 12.58 | 387.15 |
| Federal Withholding | 48.50 | 1,694.93 |
| State Tax - PA | 26.63 | 819.65 |
| SUI-Team Member Paid - PA | 0.52 | 17.84 |
| City Tax - UDBLN | | 256.34 |
| PA LST - UDBLN | 1.00 | 4.00 |
| Team Member Taxes | 143.01 | 4,835.31 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plus | 14.33 | 415.57 |
| Med PPO 1500 | 105.81 | 3,068.49 |
| Vision Basic | 1.23 | 35.67 |
| Pre Tax Deductions | 121.37 | 3,519.73 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Apparel Purchase | | 49.47 |
| Supplemental ADD | 0.32 | 9.28 |
| Supp Life Child | 0.65 | 18.85 |
| Supp Life Spouse | 2.40 | 69.60 |
| Supp Life TM | 2.40 | 69.60 |
| Post Tax Deductions | 5.77 | 216.80 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Co Life/AD&D | 1.06 | 4.24 |
| Co Provided STD | 3.49 | 13.96 |
| Dental ER Paid | 7.57 | 30.28 |
| Medical ER Paid | 273.93 | 7,943.97 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 75.12 |
| Vision ER Paid | 1.11 | 4.44 |
| Employer Paid Benefits | 305.94 | 8,072.01 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 867.39 | 26,699.93 |
| Medicare - Taxable Wages | 867.39 | 26,699.93 |
| Federal Withholding - Taxable Wages | 867.29 | 26,699.53 |
| State Tax Taxable Wages - PA | 867.29 | 26,698.13 |
| City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

#### Absence Plans

| Description | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick / Paid Leave | 0.75 | 0 | 29.442301 |
| Vacation | 0.77 | 0 | 34.7216 |

#### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 718.51  USD |



### Sprouts Farmers Market (SFN)

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | 07/05/2021 | 07/11/2021 | 07/16/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.58 | 996.34 | 121.37 | 144.76 | 5.77 | 724.44 |
| YTD | 1,136.45 | 29,229.10 | 3,398.36 | 4,692.30 | 211.03 | 20,927.41 |

#### Team Member Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus-Store | | | 0 | | 0 | 990.00 |
| Disaster Recovery P | | | 0 | | 0 | 48.76 |
| Group Term Life | 07/05/2021 - 07/11/2021 | 0 | 0 | 0.10 | 0 | 1.80 |
| Premium OT | | | 0 | | 0 | 15.00 |
| Holiday Closed | | | 0 | | 16 | 390.05 |
| Overtime | 07/05/2021 - 07/11/2021 | 0.58 | 36.568 | 21.22 | 52.72 | 972.95 |
| Regular | 07/05/2021 - 07/11/2021 | 40 | 24.378 | 975.12 | 1083.73 | 26,234.92 |
| Sick | | | 0 | | 24 | 577.42 |
| Team Member Earnings | | | | 996.44 | | 29,230.90 |

#### Team Member Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 54.26 | 1,601.62 |
| Medicare | 12.69 | 374.57 |
| Federal Withholding | 49.42 | 1,646.43 |
| State Tax - PA | 26.86 | 793.02 |
| SUI-Team Member Paid - PA | 0.53 | 17.32 |
| City Tax - UDBLN | | 256.34 |
| PA LST - UDBLN | 1.00 | 3.00 |
| Team Member Taxes | 144.76 | 4,692.30 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plus | 14.33 | 401.24 |
| Med PPO 1500 | 105.81 | 2,962.68 |
| Vision Basic | 1.23 | 34.44 |
| Pre Tax Deductions | 121.37 | 3,398.36 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Apparel Purchase | | 49.47 |
| Supplemental ADD | 0.32 | 8.96 |
| Supp Life Child | 0.65 | 18.20 |
| Supp Life Spouse | 2.40 | 67.20 |
| Supp Life TM | 2.40 | 67.20 |
| Post Tax Deductions | 5.77 | 211.03 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Co Life/AD&D | 1.06 | 3.18 |
| Co Provided STD | 3.49 | 10.47 |
| Dental ER Paid | 7.57 | 22.71 |
| Medical ER Paid | 273.93 | 7,670.04 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 56.34 |
| Vision ER Paid | 1.11 | 3.33 |
| Employer Paid Benefits | 305.94 | 7,766.07 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 875.07 | 25,832.54 |
| Medicare - Taxable Wages | 875.07 | 25,832.54 |
| Federal Withholding - Taxable Wages | 874.97 | 25,832.24 |
| State Tax Taxable Wages - PA | 874.97 | 25,830.84 |
| City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

#### Absence Plans

| Description | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick / Paid Leave | 0 | 0 | 24.642301 |
| Vacation | 0.77 | 0 | 33.9516 |

#### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 724.44    USD |



| Sprouts Farmers Market (SFN) | | | | | | |
|---|---|---|---|---|---|---|
| Team Member | Employer | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | | 06/28/2021 | 07/04/2021 | 07/09/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.34 | 983.42 | 121.37 | 141.86 | 5.77 | 714.42 |
| YTD | 1,095.87 | 28,232.76 | 3,276.99 | 4,547.54 | 205.26 | 20,202.97 |

| Team Member Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Bonus-Store | | | | 0 | 0 | 990.00 |
| Disaster Recovery P | | | | 0 | 0 | 48.76 |
| Group Term Life | 06/28/2021 - 07/04/2021 | 0 | 0 | 0.10 | 0 | 1.70 |
| Premium OT | | | | 0 | 0 | 15.00 |
| Holiday Closed | 06/28/2021 - 07/04/2021 | 8 | 24.378 | 195.03 | 16 | 390.05 |
| Overtime | | | | 0 | 52.14 | 951.73 |
| Regular | 06/28/2021 - 07/04/2021 | 32.34 | 24.378 | 788.39 | 1043.73 | 25,259.80 |
| Sick | | | | 0 | 24 | 577.42 |
| Team Member Earnings | | | | 983.52 | | 28,234.46 |

| Team Member Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 53.45 | 1,547.36 |
| Medicare | 12.50 | 361.88 |
| Federal Withholding | 47.94 | 1,597.01 |
| State Tax - PA | 26.46 | 766.16 |
| SUI-Team Member Paid - PA | 0.51 | 16.79 |
| City Tax - UDBLN | | 256.34 |
| PA LST - UDBLN | 1.00 | 2.00 |
| Team Member Taxes | 141.86 | 4,547.54 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Dental Plus | 14.33 | 386.91 |
| Med PPO 1500 | 105.81 | 2,856.87 |
| Vision Basic | 1.23 | 33.21 |
| Pre Tax Deductions | 121.37 | 3,276.99 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 49.47 |
| Supplemental ADD | 0.32 | 8.64 |
| Supp Life Child | 0.65 | 17.55 |
| Supp Life Spouse | 2.40 | 64.80 |
| Supp Life TM | 2.40 | 64.80 |
| Post Tax Deductions | 5.77 | 205.26 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Co Life/AD&D | 1.06 | 2.12 |
| Co Provided STD | 3.49 | 6.98 |
| Dental ER Paid | 7.57 | 15.14 |
| Medical ER Paid | 273.93 | 7,396.11 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 37.56 |
| Vision ER Paid | 1.11 | 2.22 |
| Employer Paid Benefits | 305.94 | 7,460.13 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 862.15 | 24,957.47 |
| Medicare - Taxable Wages | 862.15 | 24,957.47 |
| Federal Withholding - Taxable Wages | 862.05 | 24,957.27 |
| State Tax Taxable Wages - PA | 862.05 | 24,955.87 |
| City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Used | Available |
| Paid Sick / Paid Leave | 0 | 0 | 24.642301 |
| Vacation | 0.77 | 0 | 33.1816 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| AMERICAN | | | | 714.42    USD |



### Sprouts Farmers Market (SFN)

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zena Alt | SFM, LLC Registered in California as SF Markets, LLC | | 06/21/2021 | 06/27/2021 | 07/02/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.20 | 982.44 | 121.37 | 141.67 | 5.77 | 713.63 |
| YTD | 1,063.53 | 27,249.34 | 3,155.62 | 4,405.68 | 199.49 | 19,488.55 |

#### Team Member Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus-Store | | | | 0 | 0 | 990.00 |
| Disaster Recovery P | | | | 0 | 0 | 48.76 |
| Group Term Life | 06/21/2021 - 06/27/2021 | 0 | 0 | 0.10 | 0 | 1.60 |
| Premium OT | | | | 0 | 0 | 15.00 |
| Holiday Closed | | | | 0 | 8 | 195.02 |
| Overtime | 06/21/2021 - 06/27/2021 | 0.2 | 36.568 | 7.32 | 52.14 | 951.73 |
| Regular | 06/21/2021 - 06/27/2021 | 40 | 24.378 | 975.12 | 1011.39 | 24,471.41 |
| Sick | | | 0 | | 24 | 577.42 |
| Team Member Earnings | | | | 982.54 | | 27,250.94 |

#### Team Member Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 53.39 | 1,493.91 |
| Medicare | 12.48 | 349.38 |
| Federal Withholding | 47.84 | 1,549.07 |
| State Tax - PA | 26.44 | 739.70 |
| SUI-Team Member Paid - PA | 0.52 | 16.28 |
| City Tax - UDBLN | | 256.34 |
| PA LST - UDBLN | 1.00 | 1.00 |
| Team Member Taxes | 141.67 | 4,405.68 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plus | 14.33 | 372.58 |
| Med PPO 1500 | 105.81 | 2,751.06 |
| Vision Basic | 1.23 | 31.98 |
| Pre Tax Deductions | 121.37 | 3,155.62 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Apparel Purchase | | 49.47 |
| Supplemental ADD | 0.32 | 8.32 |
| Supp Life Child | 0.65 | 16.90 |
| Supp Life Spouse | 2.40 | 62.40 |
| Supp Life TM | 2.40 | 62.40 |
| Post Tax Deductions | 5.77 | 199.49 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Co Life/AD&D | 1.06 | 1.06 |
| Co Provided STD | 3.49 | 3.49 |
| Dental ER Paid | 7.57 | 7.57 |
| Medical ER Paid | 273.93 | 7,122.18 |
| Memo - Vacation Accrual (Accounting) | 18.78 | 18.78 |
| Vision ER Paid | 1.11 | 1.11 |
| Employer Paid Benefits | 305.94 | 7,154.19 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 861.17 | 24,095.32 |
| Medicare - Taxable Wages | 861.17 | 24,095.32 |
| Federal Withholding - Taxable Wages | 861.07 | 24,095.22 |
| State Tax Taxable Wages - PA | 861.17 | 24,093.82 |
| City Tax Taxable Wages - UDBLN | 0.00 | 46,465.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

#### Absence Plans

| Description | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick / Paid Leave | 0 | 0 | 24.642301 |
| Vacation | 0.77 | 0 | 32.4116 |

#### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 713.63   USD |